LEWIS, J.
 

 We have for review
 
 Granberry v. State,
 
 967 So.2d 1044 (Fla. 5th DCA 2007), in which the Fifth District Court of Appeal certified conflict with the Third District Court of Appeal’s decision in
 
 Martinez v. State,
 
 938 So.2d 1155 (Fla. 3d DCA 2006),
 
 approved,
 
 981 So.2d. 449 (Fla.2008). We have jurisdiction.
 
 See
 
 art. V, § 3(b)(4), Fla. Const.
 

 We stayed proceedings in this case pending our disposition of
 
 Martinez. See Martinez v. State,
 
 981 So.2d 449 (Fla.2008) (approving the holding of the Third District in Martinez). When our decision in
 
 Martinez
 
 became final, we issued an order directing respondent to show cause why we should not exercise jurisdiction, quash the
 
 Granberry
 
 decision, and remand for reconsideration in light of our decision in
 
 Martinez.
 
 Upon consideration of the responses of the parties, along with a previously filed jurisdictional brief, we have determined to do so.
 

 We accordingly grant the petition for review in the present case. The decision under review is quashed, and this matter is remanded to the Fifth District Court of Appeal for reconsideration upon application of this Court’s decision in
 
 Martinez.
 

 It is so ordered.
 

 QUINCE, C.J., WELLS, PARIENTE, CANADY, and POLSTON, JJ., and ANSTEAD, Senior Justice, concur.